**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 10-1663

———————

CAROL L. PIZZUTO,

          Plaintiff - Appellant,

     v.

REBECCA RANDOLPH; RICHARD LUCAS; MAIN STREET FINANCIAL
SERVICES CORPORATION, (Holding Co. for) Main Street Bank;
WILLIAM CRISWELL; KEVIN GESSLER; SHAWN R. TURAK; THE
HONORABLE SCOTT R. SMITH; CITY OF WHEELING; JOE DOE, I,

          Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp,
Jr., Senior District Judge. (5:10-cv-00017-FPS)

———————

Submitted: October 19, 2010      Decided: October 25, 2010

———————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carol L. Pizzuto, Appellant Pro Se. Keith C. Gamble, PULLIN,
FOWLER, FLANAGAN, BROWN & POE, P.L.L.C., Morgantown, West
Virginia; Nathanial Adam Kuratomi, JENKINS FENSTERMAKER,
P.L.L.C., Huntington, West Virginia; David Lee Wyant, BAILEY &
WYANT, P.L.L.C., Wheeling, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol L. Pizzuto appeals the district court's orders staying discovery, denying her motion to remand, and granting Defendants' motions to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pizzuto v. Randolph, No. 5:10-cv-00017-FPS (N.D.W. Va. June 3, 2010; June 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED